IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| MARLO SOLOMON, PATRICIA JACKSON and GUILLERMO LAGO, individually and behalf of all others similarly situated, | § | NO. 1:26-cv-00857 GBW/JHR |
| *Plaintiffs,* | § | |
| v. | § | COLLECTIVE ACTION |
| BJMC GLOBAL, LLC | § | |
| *Defendant.* | § | JURY TRIAL DEMANDED |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION**
**FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

Before the Court is Plaintiffs' Unopposed Motion for Leave to File First Amended Complaint (the "Motion"). Having reviewed the Motion, the proposed amended pleading, the record, and the applicable law, the Court finds that the Motion should be granted.

**IT IS THEREFORE ORDERED** that the Motion is **GRANTED**. Plaintiffs may file the proposed First Amended Individual and Collective Action Complaint attached to the Motion within three (3) business days after entry of this Order. Defendant shall respond within the time provided by Federal Rule of Civil Procedure 15(a)(3).

JUDGE PRESIDING

**APPROVED AS TO FORM:**

THE PARZIVAND LAW FIRM, PLLC

s/ *Hessam Parzivand*
Hessam Parzivand

Counsel for Plaintiffs

HALL BOOTH SMITH, P.C.

s/ *Jacqueline Voronov*
Jacqueline Voronov

Counsel for Defendant BJMC Global, LLC