**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

MARLO SOLOMON, PATRICIA JACKSON, GUILLERMO LAGO and BRIAN FIELDS, *individually and on behalf of all others similarly situated*,

Plaintiffs,

v. Civ. No. 26-857 GBW/JHR

BJMC GLOBAL, LLC,

Defendant.

**ORDER GRANTING PLAINTIFFS' AGREED MOTION FOR CONDITIONAL CERTIFICATION AS A COLLECTIVE ACTION**

THIS MATTER comes before the Court on Plaintiffs' Agreed Motion for Conditional Certification as a Collective Action (the "Motion"). The Court, having reviewed the motion, the operative complaint (*doc. 43*), and the relevant law, finds that Plaintiffs have sufficiently alleged, for purposes of conditional certification, that the putative collective members are similarly situated. *See* 29 U.S.C. § 216(b); *Thiessen v. GE Capital Corp.*, 267 F.3d 1095, 1102 (10th Cir. 2001).

**IT IS THEREFORE ORDERED** that:

1. The Motion is **GRANTED**.

2. Pursuant to 29 U.S.C. § 216(b), the Court conditionally certifies, solely for purposes of notice, the following FLSA collective:

**All individuals who worked for BJMC Global, LLC on the Hermits Peak FEMA PA-TAC project at any time during the three (3) years preceding the Court's order authorizing notice through the present, with "Claims Reviewer" or "Quality Control" in their job title, who were compensated on an hourly basis and were classified as independent contractors.**

3. The Notice of Right to Join Lawsuit and Consent to Join attached as Exhibit A to the Motion are **APPROVED**. Before dissemination, Plaintiffs' counsel shall insert the date of this Order where indicated and the applicable opt-in deadline.

4. Plaintiffs' counsel is authorized to disseminate the approved Notice and Consent to members of the conditionally certified collective.

5. The opt-in period shall remain open for sixty (60) calendar days from the date the Notice is first disseminated. Putative collective members who wish to join must timely execute and return the approved Consent to Join, and Plaintiffs' counsel may file timely returned consent forms with the Court.

6. This Order is solely for purposes of facilitating notice under 29 U.S.C. § 216(b) and does not adjudicate the merits. The parties preserve the merits positions, defenses, rights, and arguments stated in the Motion.

GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE
**Presiding by Consent**

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

MARLO SOLOMON, PATRICIA JACKSON, GUILLERMO LAGO, and BRIAN FIELDS, *individually and on behalf of all others similarly situated*,

Plaintiffs,

v. Civ. No. 26-857 GBW/JHR

BJMC GLOBAL, LLC,

Defendant.

**NOTICE OF RIGHT TO JOIN LAWSUIT**

**TO:** Individuals who worked for BJMC Global, LLC on the Hermits Peak FEMA PA-TAC project during the period identified below, had "Claims Reviewer" or "Quality Control" in their job title, were paid on an hourly basis, and were classified as independent contractors.

**THIS NOTICE IS AUTHORIZED BY THE COURT. THE COURT HAS NOT DECIDED WHETHER BJMC GLOBAL, LLC VIOLATED ANY LAW OR WHETHER ANY PARTY WILL PREVAIL IN THIS CASE.**

**1. WHY ARE YOU RECEIVING THIS NOTICE?**

You are receiving this Notice because BJMC Global, LLC's records indicate that you may fall within the following group:

> All individuals who worked for BJMC Global, LLC on the Hermits Peak FEMA PA-TAC project at any time during the three (3) years preceding [DATE OF COURT'S ORDER AUTHORIZING NOTICE] through the present, with "Claims Reviewer" or "Quality Control" in their job title, who were compensated on an hourly basis and were classified as independent contractors.

The Court has authorized this Notice to inform you of the existence of this lawsuit and your right to decide whether to participate. The Court has not decided the merits of the lawsuit and takes no position as to whether you should join.

**2. WHAT IS THIS LAWSUIT ABOUT?**

Plaintiffs brought this lawsuit under the Fair Labor Standards Act ("FLSA"). Plaintiffs contend that they and other individuals who performed certain work for BJMC Global, LLC on the Hermits Peak FEMA PA-TAC project were improperly classified as independent contractors and, as a result, were not paid overtime compensation allegedly owed for hours worked over 40 in a workweek. Plaintiffs seek unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief available under the FLSA.

BJMC denies Plaintiffs' allegations. BJMC maintains, among other defenses, that individuals on the Hermits Peak FEMA PA-TAC project have been and remain properly classified as independent contractors or are otherwise exempt employees, and so they are not entitled to receive overtime compensation. As a result, BJMC believes that no laws, including the FLSA, have been violated.

**No determination has been made as to whether Plaintiffs' claims, or BJMC's defenses are correct.**

**3. WHO MAY JOIN THIS LAWSUIT?**

You may be eligible to join this lawsuit if you:

1. Worked for BJMC Global, LLC on the Hermits Peak FEMA PA-TAC project at any time from three (3) years preceding the Court's order authorizing notice through the present;
2. Had "Claims Reviewer" or "Quality Control" in your job title;
3. Were compensated on an hourly basis; and
4. Were classified by BJMC as an independent contractor.

Receiving this Notice does not mean that you are entitled to recover money or that the Court has determined that you were an employee of BJMC.

**4. HOW DO I JOIN?**

If you wish to join this lawsuit, you must complete and sign the enclosed Consent to Join form and return it no later than 60 calendar days from the date of this Notice. If you choose to join, your signed Consent to Join form will be filed with the Court. You are not required to join this lawsuit. The decision whether to join is entirely yours.

The completed Consent to Join form may be returned to Plaintiffs' counsel by mail, fax, or email at:

The Parzivand Law Firm, PLLC
10701 Corporate Dr., Suite 185
Sugar Land, Texas 77477
Phone: (713) 533-8171
Fax: (713) 533-8193
E-Mail: admin@parzfirm.com

To join this case, you must return the enclosed consent form to the address above no later than **[insert date].**

Submitting a Consent Form does not mean that you are automatically entitled to recover money in this lawsuit. Whether you are eligible to participate in any recovery will depend on the facts and circumstances applicable to you, including whether you are determined to be an employee covered by the FLSA, whether you worked overtime for which compensation is owed, and whether your claim is timely under the applicable statute of limitations. These issues have not yet been decided by the Court.

**5. WHAT HAPPENS IF I JOIN?**

By sending in the enclosed Consent form, if you qualify, you will join this lawsuit and the Plaintiffs' attorneys listed below will represent you. The Plaintiffs who initiated this case will work with the lawyers to make decisions regarding this litigation. Specifically, by sending in the enclosed Consent Form, you designate the Named Plaintiffs as your agents to make decisions on your behalf concerning the litigation, the method and manner of conducting this litigation, and all other matters pertaining to this lawsuit.

If Plaintiffs prevail, you may be entitled to recover money. If BJMC prevails, you will not recover on your claims.

If you join the lawsuit, you may be asked to provide information and documentation and/or appear and provide deposition testimony and testify in court in Albuquerque, New Mexico.

**6. WHAT HAPPENS IF I DO NOT JOIN?**

If you do not wish to participate, you do not need to do anything.

If you do not join this lawsuit, you will not receive any recovery that may result from this lawsuit, and you will not be bound by any judgment concerning the FLSA claims asserted on behalf of the collective.

You retain the right to pursue your own claim separately, subject to any applicable statute of limitations.

**7. WILL BJMC RETALIATE AGAINST ME IF I JOIN?**

Federal law prohibits BJMC from retaliating against you because you choose to participate in this lawsuit, provide information in connection with it, or exercise rights protected by the FLSA.
BJMC denies engaging in retaliation and agrees to comply with applicable law.

**8. DOES THE COURT HAVE AN OPINION ABOUT THIS LAWSUIT?**

No. The Court has authorized distribution of this Notice solely to inform potentially eligible individuals of the lawsuit and their right to decide whether to participate.

**The Court has not determined that BJMC violated the FLSA, that any individual was improperly classified as an independent contractor, that anyone is owed overtime compensation, or that Plaintiffs or BJMC will prevail.**

**9. WHO ARE THE ATTORNEYS REPRESENTING PLAINTIFFS?**

If you choose to join this suit, your interests will be represented by the Named Plaintiffs through their attorneys as counsel for the collective action group. Counsel for the collective action group are:

Hessam Parzivand
THE PARZIVAND LAW FIRM, PLLC
10701 Corporate Dr., Suite 185
Sugar Land, Texas 77477
(713) 533-8171 (telephone)
(713) 533-8193 (facsimile)
hp@parzfirm.com

Travis Bryan
THE PARZIVAND LAW FIRM, PLLC
10701 Corporate Dr., Suite 185
Sugar Land, Texas 77477
(832) 233-7527 (telephone)
(713) 533-8193 (facsimile)
travis@parzfirm.com

You may contact Plaintiffs' counsel if you have questions about joining this lawsuit.

You also have the right to consult with an attorney of your own choosing.

**10. WHO REPRESENTS BJMC?**

BJMC is represented by:

Jacqueline Voronov
HALL BOOTH SMITH, PC
15 E. Midland Avenue, Suite 3A
Paramus, New Jersey 07652
(201) 614-6350 (telephone)
jvoronov@hallboothsmith.com

B.W. Stone
HALL BOOTH SMITH, PC
6100 Uptown Blvd., Suite 620
Albuquerque, NM 87110
(505) 651-6000 (telephone)
bwstone@hallboothsmith.com

**You should not contact BJMC's attorneys for advice about whether to join this lawsuit.**

**THE NOTICE HAS BEEN AUTHORIZED BY THE UNITED STATES DISTRICT COURT IN AND FOR THE DISTRICT OF NEW MEXICO. THIS NOTICE IS NOT AN EXPRESSION BY THE COURT OF ANY OPINION CONCERNING THE ALLEGED CLAIMS. THIS NOTICE SIMPLY INFORMS YOU OF THE PENDENCY OF THIS LITIGATION AND YOUR RIGHTS TO JOIN, OR NOT JOIN, THE LAWSUIT. ALTHOUGH THE UNITED STATES DISTRICT COURT IS OVERSEEING THIS LAWSUIT DO NOT CONTACT THE COURT IF YOU HAVE ANY QUESTIONS. IF YOU HAVE QUESTIONS, PLEASE CONTACT PLAINTIFFS' ATTORNEYS LISTED ABOVE.**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

MARLO SOLOMON, PATRICIA JACKSON, GUILLERMO LAGO, and BRIAN FIELDS, *individually and on behalf of all others similarly situated,*

Plaintiffs,

v. Civ. No. 26-857 GBW/JHR

BJMC GLOBAL, LLC

Defendant.

**CONSENT TO JOIN**

I consent to become a party plaintiff in this lawsuit and to pursue claims under the Fair Labor Standards Act against BJMC Global, LLC.

I understand that by signing and returning this Consent to Join, I will become a party to the lawsuit and may be required to participate in discovery and other proceedings.

Name: ________________________________

Signature: _____________________________

Date: _________________________________

Email: ________________________________

Telephone: _____________________________